IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

In re:
John C. Jones and Judith K. Jones           Case No. 05-14911-MH3-11
xxx-xx-6233/xxx-xx-6646
655 Bamboo Court
Marco Island, FL  34145
    Debtors.

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS:  May 12, 2008**
**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE:  June 17, 2008, 9:00 a.m., Courtroom 3, Second Floor Customs House, 701 Broadway, Nashville, Tennessee 37203.**

**NOTICE OF MOTION FOR FINAL DECREE AND FINAL ACCOUNTING**

The Debtors have asked the Court for the following relief:   **For a final decree and final accounting**

**YOUR RIGHTS MAY BE AFFECTED.**  If you do not want the Court to grant the attached motion, or if you want the Court to consider your views on the motion, then on or before **May 12, 2008**, you or your attorney must:

1. File with the Court your response or objection explaining your position.  **PLEASE NOTE: THE BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE REQUIRES ELECTRONIC FILING.  ANY RESPONSE OR OBJECTION MUST BE FILED ELECTRONICALLY.  TO FILE ELECTRONICALLY, YOU OR YOUR ATTORNEY MUST GO TO THE COURT WEBSITE AND FOLLOW THE INSTRUCTIONS AT: <https://ecf.tnmb.uscourts.gov>** .

   If you need assistance with Electronic Filing you may call the Bankruptcy Court at 615-736-5584.  You may also visit the Bankruptcy Court in person at:  701 Broadway, 1st Floor, Nashville, TN (Monday - Friday, 8:00 a.m. - 4:00 p.m.).

2. **Your response must state that the deadline for filing responses is May 12 2008, the date of the scheduled hearing is June 17, 2008, and the motion to which you are responding is Motion for Final Decree and Final Accounting.**

3. You must serve your response or objection **by electronic service through the Electronic Filing System** described above.  If a response is filed before the deadline stated above, the hearing will be held at the time and place indicated above. **THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE.** You may check whether a timely response has been filed by calling the Clerk's office at 615-736-5584 or viewing the case on the Court's web site at <https://ecf.tnmb.uscourts.gov>.  **If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.**

| | | |
|---|---|---|
| Date:   04-21-08 | Signature: | /s/ Timothy G. Niarhos |
| | Name: | Timothy G. Niarhos |
| | Address: | 611 Commerce Street #2720 |
| | | Nashville, TN  37203 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JOHN C. JONES | ) | BK No. 05-14911-MH3-11 |
| and JUDITH KAY JONES, | ) | |
| | ) | |
|     Debtors. | ) | |

## MOTION FOR FINAL DECREE AND FINAL ACCOUNTING

The Debtors In Possession, pursuant to Fed.R.Bankr.P. 3022 and Local Rule 3022-1, file this Final Accounting and Motion for Final Decree. In support thereof, the Debtors state:

1. The Debtors filed a voluntary petition under Chapter 11 of the Bankruptcy Code on October 15, 2005. The Debtors' Plan of Reorganization, as confirmed on April 18, 2007, has been substantially consummated.

2. The Plan contained the following classes of creditors, with the following payment provisions:

    a. Class 1 consisted of administrative claimants. Quarterly fees owed to the United States Trustee were paid on or before Confirmation and the Debtors have continued to make quarterly payments to the United States Trustee as they become due. The remaining holders of Class 1 Allowed Claims have been fully paid or as otherwise deferred by agreement between the holder of the Claim and the Debtors.

    b. Class 2 consisted of the Claims of governmental units for taxes or penalties entitled to priority pursuant to 11 U.S.C. §507(a)(8). Payments to Class 2 Claimants were to be paid upon the sale and closing of each parcel of real estate sold through the Plan. No real estate that the Debtor has proposed to be sold through the Plan has been sold by the Debtor.

    c. Class 3 consisted of the allowed secured claim of AmSouth Bank. AmSouth Bank holds a first deed of trust on 655 Bamboo Ct., Marco Island, Florida. The claim of AmSouth was to be paid as a continuing monthly payment, as defined by the note. In addition to the continuing monthly payment, the Debtors were required to pay the arrearage owed to AmSouth over sixty (60) months.

    d. Class 4 consisted of the allowed secured claim of AmSouth Bank. AmSouth Bank holds a second deed of trust on 655 Bamboo Ct., Marco Island, Florida.

The claim of AmSouth was to be paid as a continuing monthly payment, as defined by the note. In addition to the continuing monthly payment, the Debtors were required to pay the arrearage owed to AmSouth over one hundred twenty (120) months.

      e.      Class 5 consisted of the allowed secured claim of Bank of America ("BOA"). The Class 5 Claim is secured by a first deed of trust in 7079 Jones Lane, South Fulton, Tennessee (the "Class 5 Collateral"). The note of Bank of America is an interest only note that accrues interest at the rate of prime, with a 10 year term. The claim of Bank of America was to be paid as an interest only note with interest at the rate of 8.25% per annum, and monthly payments in the amount of the balance multiplied times 8.25% divided by twelve, with a balloon payment due ten years from the Effective Date of the Plan.

      f.      Class 6 consisted of the allowed secured claim of Reelfoot Bank. Reelfoot Bank holds a first priority lien in the Account Receivable Note of Moors Resort. The note of Reelfoot is an interest only note that accrues interest at the prime rate. The allowed secured claim of Reelfoot Bank was to be amortized and payable with interest at the rate of 8.25% per annum, with a 10 year amortization.

      g.      Class 7 consisted of the allowed secured claim of First Tennessee Bank ("FTB"). The Class 7 Claim is secured by a deed of trust on 117 Morris Street, 121-125 Morris Street, 209 West State Line Road, South Fulton, Tennessee. The Class 7 Collateral (117 Morris Street, 121-125 Morris Street, 209 West State Line Road, South Fulton, Tennessee) was to be sold in the manner described in Section 5.2 of the Plan. Proceeds of such sale shall were to be first applied to reasonable sale expenses and the prior liens, then to payment of the Class 7 or Class 8 Claim. The Class 7 Collateral has not been sold.

      h.      Class 8 consisted of the claim of Regions Bank ("Regions"). The Class 8 Claim is secured by (a) real property located at 209 West State Line Road, South Fulton, Tennessee, as more particularly described in the documents creating the lien; and (b) real property located at 117 Morris Street, South Fulton, Tennessee known as the Shop and Prefab Building, (collectively known as the "Class 8 Collateral"). The Class 8 Collateral (117 Morris Street and 209 West State Line Road, South Fulton, Tennessee) was to be sold in the manner described in Section 5.2 of the Plan. Proceeds of such sale were to be first applied to reasonable sale expenses and the prior liens, then to payment of the Class 7 or Class 8 Claim. The Class 8 Collateral has not been sold.

      i.      Class 9 consisted of the allowed general unsecured claims not entitled to priority and not expressly included in the definition of any other class. No payments have been made to unsecured creditors.

3.      All professional fee applications have been filed with the Court and served on the appropriate parties, as provided in Local Rule 9013-1.

4. The undersigned Debtors hereby declare, under penalty of perjury, that the payments under the Plan, as confirmed, have been made as indicated in the Final Accounting, attached hereto as **Exhibit A**, and that the payments made represent substantial consummation under the terms of the Plan.

WHEREFORE, Debtors pray that the Final Accounting be approved and that the Motion for Final Decree be issued pursuant to 11 U.S.C. §350(a), Fed.R.Bankr.P. 3022, and Local Rule 3022-1, and for such other relief as may be appropriate.

Respectfully submitted,

/s/ John C. Jones
John C. Jones


/s/ Judith Kay Jones
Judith Kay Jones


/s/ Timothy G. Niarhos
Samuel K. Crocker (skctrustee@aol.com)
Timothy G. Niarhos (tim@skctrustee.com)
CROCKER & NIARHOS
Suite 2720, Renaissance Tower
611 Commerce Street
Nashville, TN  37203
615-726-3322 – Telephone
615-726-6330 – Facsimile
Attorneys for Debtors

## CERTIFICATE OF SERVICE

  I hereby certify that a true and exact copy of the attached Motion for Final Decree and Final Accounting, proposed Final Decree and Order Closing Case and Notice of Motion was served upon all creditors and parties in interest, as shown on the mailing matrix which is attached to the original of this document and on file in the office of the Clerk of this Court, on April 21, 2008.

              /s/ Timothy G. Niarhos
              Timothy G. Niarhos

# EXHIBIT A

## FINAL ACCOUNTING OF JOHN C. JONES and JUDITH KAY JONES

## BANKRUPTCY CASE NO. 05-14911-MH3-11

| CLASS | CLAIMANT | AMOUNT PAYABLE UNDER PLAN | AMOUNT PAID |
|---|---|---|---|
| 1 | U.S. Trustee | Quarterly Fees | $2,000.00 |
| 3 | AmSouth Bank | Continuing payments and arrearage cure | 40,910.28 |
| 4 | AmSouth Bank | Continuing payment and arrearage cure | 24,959.65 |
| 5 | Bank of America | Continuing Payments | 19,635.00 |
| 6 | Reelfoot Bank | Continuing payments and arrearage cure | 44,045.00 |
| **TOTAL** | | | **$131,549.93** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JOHN C. JONES ) | BK No. 05-14911-MH3-11 |
| and JUDITH KAY JONES, ) | |
| ) | |
| Debtors. ) | |

**FINAL DECREE AND ORDER CLOSING CASE**

It appears to the Court that the Debtors filed a Final Accounting and Motion for Final Decree pursuant to Fed.R.Bankr.P. 3022 and Local Rule 3022-1, that proper notice was given in accordance with Local Rule 9013-1, and that no timely objections have been filed.

Accordingly, it is hereby ORDERED that the Motion for Final Decree is granted and this case is CLOSED.

**This Order was signed and entered electronically as indicated at the top of the first page.**

Submitted for Entry:

PROPOSED

/s/ Timothy G. Niarhos
Samuel K. Crocker (skctrustee@aol.com)
Timothy G. Niarhos (tim@skctrustee.com)
CROCKER & NIARHOS
Suite 2720, Renaissance Tower
611 Commerce Street
Nashville, TN 37203
615-726-3322 – Telephone
615-726-6330 – Facsimile
Attorneys for Debtors

```
Label Matrix for local noticing         AMSOUTH BANK                            AmSouth Bank
0650-3                                  1501 WOODFIELD DR STE 400E              1501 Woodfield Road
Case 3:05-bk-14911                      SCHAUMBURG, IL 60173-6047               Schaumburg, IL 60173-6052
Middle District of Tennessee
Nashville
Fri Apr 18 12:05:41 CDT 2008

American Express Travel Related Services Co   BANK OF AMERICA, N.A.            FIRST STATE BANK
c/o Becket and Lee LLP                  PO BOX 26012                            c/o David G. Mangum
POB 3001                                NC4-105-03-14                           2303 Franklin Road
Malvern PA 19355-0701                   GREENSBORO, NC 27420-6012               Nashville, TN 37204-2224


First Tennessee Bank National Association    HERITAGE BANK                     KENTUCKY DEPARTMENT OF REVENUE
511 Union Street, 3rd Floor             P.O. BOX  1410                          LEGAL BRANCH - BANKRUPTCY SECTION
Nashville, TN 37219-1736                FULTON                                  P O BOX 5222
                                        , KY 42041-0410                         FRANKFORT, KY 40602-5222


MGLAW, PLLC                             REELFOOT BANK                           Regions Bank
2525 WEST END AVENUE                    C/O THOMAS J. KEULER                    c/o Charles W. Cook, III
SUITE 1475                              DENTON & KEULER, LLP                    424 Church Street
NASHVILLE, TN 37203-1780                PO BOX 929                              Suite 2800
                                        PADUCAH, KY 42002-0929                  Nashville, TN 37219-2386


STANLEY JONES CORPORATION               TRAVELERS CASUALTY AND SURETY COMPANY OF AME   AMSOUTH BANK
PO BOX 5260                             C/O JEFFREY S. PRICE                    PO BOX 216
SOUTH FULTON, TN 38257-0260             MANIER & HEROD                          BIRMINGHAM AL 35201-0216
                                        150 FOURTH AVE. NORTH, SUITE 2200
                                        NASHVILLE, TN 37219-2494


AMSOUTH BANK                            AmSouth Bank                            Amsouth Bank
PO BOX 59720                            c/o Burnett & Matthews, LLP             P O Box 10063
SCHAUMBURG, IL  60159-0720              4675 MacArthur Court, Suite 1540        Birmingham, AL 35202-0063
                                        Newport Beach, CA 92660-1884


BANK OF AMERICA                         BANK OF AMERICA                         BANKOF AMERICA
PO BOX 26003                            PO BOX 26012                            PO BOX 26012
GREENSBORO, NC 27420-6003               NC4-105-03-14                           NC4-105-03-14
                                        GREENSBORO, NC 27420-6012               GREENSBORO, NC 27420-6012


CAPITAL PARTNERS LEASING INC            FIRST CITIZENS NATIONAL BANK            FIRST STATE BANK
2112 FIRST AVENUE NORTH                 ATTN: STAN C. AVIS, SVP                 609 BROADWAY
BIRMINGHAM AL 35203-4202                P O BOX 370                             SOUTH FULTON, TN  38257
                                        DYERSBURG TN 38025-0370


FIRST TENNESSEE BANK NATIONAL ASSOCIATION   First State Bank                    First Tennessee Bank National Association
ATTN:  SPECIAL ASSETS                   115 Washington Avenue, Ste 102          Attn: Special Assets, Third Floor
511 UNION STREET, 3RD FLOOR             P.O. Box 733                            511 Union Street
NASHVILLE, TN 37219-1736                Union City, TN 38281-0733               Nashville, TN 37219-1733


HERITAGE BANK                           INDUSTRIAL DEVELOPMENT BOARD            JOHN C. JONES
P.O. BOX 1410                           CITY OF BIRMINGHAM                      655 BAMBOO CT
FULTON, KENTUCKY 42041-0410             REGIONS BANK - CORP TRUST DEPT          MARCO ISLAND FL 34145-3805
                                        BIRMINGHAM AL  35203
```

| | | |
|---|---|---|
| JUDITH KAY JONES<br>655 BAMBOO CT<br>MARCO ISLAND FL 34145-3805 | KENTUCKY DEPARTMENT OF REVENUE<br>LEGAL BRANCH - BANKRUPTCY SECTION<br>ATTN: LEANNE WARREN<br>P O BOX 5222<br>FRANKFORT, KY 40602-5222 | OBION COUNTY TRUSTEE<br>PO BOX 147<br>UNION CITY, TN 38281-0147 |
| REELFOOT BANK<br>PO BOX 308<br>UNION CITY TN 38281-0308 | REGIONS BANK<br>COMMERCIAL PAYT PROCESSING<br>PO BOX 4010<br>MONTGOMERY AL 36103-4010 | ROBERT J. GONZALES<br>120 30TH AVENUE NORTH<br>SUITE 1000<br>NASHVILLE TN 37203-1308 |
| Regions Bank<br>c/o Charles W. Cook, III<br>Adams and Reese LLP<br>424 Church Street, Suite 2800<br>Nashville, TN 37219-2386 | Regions Mortgage<br>P.O. Box 18001<br>Hattiesburg, MS 39404-8001 | TRAVELERS BONDING PROGRAM<br>9020 OVERLOOK BLVD<br>BRENTWOOD TN 37027-3259 |
| UNION PLANTERS BANK<br>PO BOX 66981<br>ST LOUIS, MO 63166-6981 | US TRUSTEE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>701 BROADWAY STE 318<br>NASHVILLE, TN 37203-3966 | YORK INTERNATIONAL CORP<br>PO BOX 1592<br>YORK, PA 17405-1592 |
| ROBERT JAMES GONZALES<br>MGLAW PLLC<br>2525 WEST END AVENUE<br>SUITE 1475<br>NASHVILLE, TN 37203-1780 | SAMUEL K CROCKER<br>CROCKER & NIARHOS<br>611 COMMERCE ST STE 2720<br>NASHVILLE, TN 37203-3754 | TIMOTHY G. NIARHOS<br>CROCKER & NIARHOS<br>611 COMMERCE ST STE 2720<br>NASHVILLE, TN 37203-3754 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)CROCKER & NIARHOS | (u)Regions Bank sucessor by merger to Amsouth | (d)American Express Travel Related Services C<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 |
| (d)American Express Travel Related Services C<br>c/o Becket and Lee, LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | (d)HERITAGE BANK<br>PO BOX 1410<br>FULTON, KY 42041-0410 | (d)Reelfoot Bank<br>c/o Thomas J. Keuler<br>Denton & Keuler<br>P. O. Box 929<br>Paducah, KY 42002-0929 |
| (d)STANLEY JONES CORPORATION<br>PO BOX 5260<br>SOUTH FULTON, TN 38257-0260 | (d)TRAVELERS CASUALTY AND SURETY COMPANY OF A<br>C/O JEFFREY S. PRICE<br>MANIER & HEROD<br>150 FOURTH AVE. NORTH, SUITE 2200<br>NASHVILLE, TN 37219-2494 | (d)JOHN C JONES<br>655 BAMBOO CT<br>MARCO ISLAND, FL 34145-3805 |
| (d)JUDITH KAY JONES<br>655 BAMBOO CT<br>MARCO ISLAND, FL 34145-3805 | End of Label Matrix<br>Mailable recipients    44<br>Bypassed recipients    10<br>Total                  54 | |