Marian F. Harrison
US Bankruptcy Judge

Dated: 05/15/08

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JOHN C. JONES ) | BK No. 05-14911-MH3-11 |
| and JUDITH KAY JONES, ) | |
| ) | |
| Debtors. ) | |

## FINAL DECREE AND ORDER CLOSING CASE

It appears to the Court that the Debtors filed a Final Accounting and Motion for Final Decree pursuant to Fed.R.Bankr.P. 3022 and Local Rule 3022-1, that proper notice was given in accordance with Local Rule 9013-1, and that no timely objections have been filed.

Accordingly, it is hereby ORDERED that the Motion for Final Decree is granted and this case is CLOSED.

**This Order was signed and entered electronically as indicated at the top of the first page.**

Submitted for Entry:


/s/ Timothy G. Niarhos
Samuel K. Crocker (skctrustee@aol.com)
Timothy G. Niarhos (tim@skctrustee.com)
CROCKER & NIARHOS
Suite 2720, Renaissance Tower
611 Commerce Street
Nashville, TN  37203
615-726-3322 – Telephone
615-726-6330 – Facsimile
Attorneys for Debtors

\\Bms2003svr\Users\WCLIENT\Chapter 11\Jones, John & Judith\Order - Final Decree and Final Accounting.doc

This Order has Been electronically signed.  The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.